AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CLEAR SPRING PROPERTY AND CASUALTY COMPANY<br><br>*Plaintiff(s)*<br>v.<br>DENNIS DAY, STACY DAY, and GREGORY PACK<br><br>*Defendant(s)* | Civil Action No. 0:21-cv-62431 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dennis Day
4250 Galt Ocean Drive #3H
Fort Lauderdale, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacqueline L. Goldman, Esq.
233 Harvard street Suie 211
Brookline, MA 02446

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 2, 2021

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CLEAR SPRING PROPERTY AND CASUALTY COMPANY<br><br>*Plaintiff(s)*<br>v.<br>DENNIS DAY, STACY DAY, and GREGORY PACK<br><br>*Defendant(s)* | Civil Action No. 0:21-cv-62431 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stacy Day
4250 Galt Ocean Drive #3H
Fort Lauderdale, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacqueline L. Goldman, Esq.
233 Harvard street Suie 211
Brookline, MA 02446

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 2, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CLEAR SPRING PROPERTY AND CASUALTY COMPANY<br><br>*Plaintiff(s)*<br>v.<br>DENNIS DAY, STACY DAY, and GREGORY PACK<br><br>*Defendant(s)* | Civil Action No. 0:21-cv-62431 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Gregory Pack
4250 Galt Ocean Drive #14S 14S
Fort Lauderdale, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jacqueline L. Goldman, Esq.
233 Harvard street Suie 211
Brookline, MA 02446

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 2, 2021

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

SUMMONS